AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

STEVEN JAROSZ

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 02-CV-864Sr

v.

STATE UNIVERSITY OF NEW YORK, ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motions to dismiss of SUNY and The Board are granted in their entirety and this action is dismissed with prejudice pursuant to Fed.R. Civ.P. 41(b).

Date: OCTOBER 31, 2005

RODNEY C. EARLY,
CLERK

By:    s/Deborah M. Zeeb
        Deputy Clerk